# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

FILED/REC'D

2023 NOV -9 A 11: 41

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

Gary C. Mays, Jr._____, Petitioner,
Full Name (under which you were convicted)

688826_____
Prisoner Number

23  CV  780  WMC

Docket No. _____
(to be supplied by Clerk)

New Lisbon Correctional Institution
Place of Confinement

vs.

Dan Cromwell, Warden_____, Respondent.
Authorized Person Having Custody of Petitioner

### PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254 BY A PERSON IN STATE CUSTODY

Caution: THIS IS NOT THE FORM TO BE USED, IF YOU CLAIM THAT YOUR FEDERAL SENTENCE OR CONVICTION IS UNLAWFUL, OR IF YOU ARE A PRETRIAL DETAINEE CHALLENGING YOUR PRECONVICTION CUSTODY, A FEDERAL PRISONER CHALLENGING THE EXECUTION OF YOUR SENTENCE OR AN ACTION TAKEN BY THE BUREAU OF PRISONS, OR A PERSON IN CUSTODY CHALLENGING AN IMMIGRATION-RELATED ORDER.

§ 2254                                    -1-                              June 2013

I. <u>SUBJECT OF THIS PETITION</u>

   A. Name and location of the state court that entered the judgment of conviction which you are challenging

      Dane County Circuit Court

   B. Criminal docket or case number  18CF511

   C. Date of the judgment of conviction  November 14, 2019

   D. Date of sentencing  January 29, 2020

   E. Length of sentence  20 years imprisonment

   F. In this case, were you convicted on more than one count or of more than one crime?

      ☐ Yes     ☒ No

   G. Identify all crimes of which you were convicted and sentenced in this case

      Felony Murder, Wis. Stat. s. 940.03

   H. What was your plea? (Check one)

      ☒ Not guilty     ☐ Guilty     ☐ Insanity plea     ☐ Nolo contendere (no contest)

      If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

   I. If you went to trial, what kind of trial did you have? (Check one)

      ☒ Jury     ☐ Judge only

SUBJECT OF THIS PETITION - continued

    J.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

        ☒ Yes    ☐ No

        If yes, state the type(s) of hearing or proceeding

        I testified at both my trials. The first trial ended in a mistrial because of a hung jury.

II.  DIRECT STATE APPEAL OF CONVICTION

    A.  Did you appeal from the judgment of conviction?

        ☒ Yes    ☐ No

        If yes, attach the decision(s) that resolved your appeal and answer the following questions:

        1.  Date of filing appeal  December 9, 2021

        2.  Grounds raised  Ineffective assistance of counsel; erroneous admission of gang evidence

        3.  Result  Conviction affirmed on appeal

        4.  Date  February 2, 2023

    B.  Did you seek further review by the highest state court?

        ☒ Yes    ☐ No

        If yes, attach the decision(s) that resolved your petition for review and answer the following questions:

        1.  Date of filing of petition for review  March 6, 2023

        2.  Grounds raised  Ineffective assistance of counsel; erroneous admission of gang evidence

        3.  Result  Denied

        4.  Date  May 24, 2023

DIRECT STATE APPEAL OF CONVICTION - continued

C. Did you file a petition for certiorari in the United States Supreme Court?

☐ Yes    ☒ No

If yes, attach the decision(s) that resolved your petition for certiorari and answer the following questions:

1. Date of filing petition for certiorari _____

2. Grounds raised _____

3. Result _____

4. Date _____

III. STATE POST-CONVICTION RELIEF OTHER THAN DIRECT APPEAL

A. Other than the appeals listed above in Section II, have you previously filed any other state petitions, applications, or motions concerning this state judgment of conviction?

☒ Yes    ☐ No

If yes, attach the decision(s) that resolved your application for state post-conviction relief and answer the following questions:

1. Name of court Dane County Circuit Court

2. Docket or case number 2018CF511

3. Date of filing February 5, 2021

4. Type of petition, application, or motion filed Wis. Stat. s. 809.30 postconviction motion

5. Grounds raised Ineffective assistance of counsel; erroneous admission of gang evidence

6. Did you receive a hearing where evidence was given on your petition, application, or motion?

☒ Yes    ☐ No

7. Result Denied

- 5 -

STATE POST-CONVICTION RELIEF OTHER THAN DIRECT APPEAL- continued

    8. Date September 14, 2021 _____

    9. Did you appeal to the highest state court having jurisdiction over the action taken on your first state petition, application, or motion?

       ☒ Yes     ☐ No

B. If you filed a second petition, application, or motion, attach the decision and answer the following questions:

    1. Name of court _____

    2. Docket or case number _____

    3. Date of filing _____

    4. Type of petition, application, or motion filed _____

    5. Grounds raised _____

    _____

    _____

    6. Did you receive a hearing where evidence was given on your petition, application, or motion?

       ☐ Yes     ☐ No

    7. Result _____

    8. Date _____

    9. Did you appeal to the highest state court having jurisdiction over the action taken on your second state petition, application, or motion?

       ☐ Yes     ☐ No

    _____

C. If you filed a third petition, application, or motion, attach the decision and answer the following questions:

    1. Name of court _____

    2. Docket or case number _____

    3. Date of filing _____

STATE POST-CONVICTION RELIEF OTHER THAN DIRECT APPEAL- continued

    4.  Type of petition, application or motion filed _____

    5.  Grounds raised _____

        _____

        _____

    6.  Did you receive a hearing where evidence was given on your petition, application, or motion?

        ☐ Yes    ☐ No

    7.  Result _____

    8.  Date _____

    9.  Did you appeal to the highest state court having jurisdiction over the action taken on your third state petition, application, or motion?

        ☐ Yes    ☐ No

IV. GROUNDS FOR RELIEF

For this petition, state every ground supporting your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. **If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: **To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court.**

Ground One: Ineffective Assistance of Counsel

_____

_____

Supporting FACTS (Briefly summarize the facts without citing cases or law.)

The prosecutors accused my lawyers of conspiring with me to fabricate a defense. I exercised my right to remain

silent and did not tell my side of the story until I testified at trial. I did not conspire with my attorneys to fabricate

a story -- I told the truth. My attorneys knew my story had never changed and of course they didn't conspire, but

no objecting to the prosecutor's comments or move to withdraw so that they could be witnesses on my behalf. My

## GROUNDS FOR RELIEF - continued

attorney testified at the postconviction motion hearing that failing to object or move to withdraw was her biggest regret of her 32 year career as a public defender. The prosecutor's comments were inappropriate and affected my credibility before the jury.

If you did not exhaust your state remedies on Ground One, explain why.

Ground Two: Erroneous admission of gang evidence

Supporting FACTS (Briefly summarize the facts without citing cases or law.)

The trial court allowed evidence of gang activity in the trial. I am not in a gang. The alleged gang was me and my cousin and roomate. We were in a band, not a gang. The state made a big deal about me allegedly being in a gang. This was very prejudicial and I did not get a fair trial.

**GROUNDS FOR RELIEF** - continued

_____

_____

_____

If you did not exhaust your state remedies on Ground Two, explain why.

_____

_____

_____

Ground Three_____

_____

_____

Supporting FACTS (Briefly summarize the facts without citing cases or law.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

If you did not exhaust your state remedies on Ground Three, explain why.

_____

_____

## GROUNDS FOR RELIEF - continued

Ground Four _____

_____

_____

Supporting FACTS (Briefly summarize the facts without citing cases or law.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

If you did not exhaust your state remedies on Ground Four, explain why.

_____

_____

_____

V. **PRIOR FEDERAL CHALLENGES**

  A. Have you previously filed any type of petition, application, or motion in a federal court regarding the state conviction that you are challenging in this petition?

  ☐ Yes   ☒ No

  If yes, attach the decision(s) that resolved your prior federal court challenge and answer the following questions:

  1. Name of court _____

PRIOR FEDERAL CHALLENGES - continued

2. Docket or case number _____

3. Date of filing _____

4. Type of petition, application, or motion filed _____

5. Grounds raised _____

_____

_____

_____

_____

_____

6. Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes    ☐ No

7. Result _____

8. Date _____

9. Did you appeal the action taken on your first federal petition, application, or motion to a federal court of appeals?

    ☐ Yes    ☐ No

    If yes, attach the decision(s) that resolved your appeal and answer the following questions:

    a. Name of court _____

    b. Docket or case number _____

    c. Date of filing _____

    d. Type of petition, application, or motion filed _____

    e. Grounds raised _____

    _____

    _____

    _____

PRIOR FEDERAL CHALLENGES - continued

    f. Result _____

    g. Date _____

B. Did you file a petition for certiorari in the United States Supreme Court?

    ☐ Yes     ☐ No

If yes, attach the decision(s) that resolved your petition for certiorari and answer the following questions:

1. Date of filing petition for certiorari _____

2. Grounds raised _____

_____

_____

_____

3. Result _____

4. Date _____

VI. REPRESENTATION

A. Give the name and address of each attorney who represented you in the following:

1. At preliminary hearing _Diana Van Rybroek and Peter Middleton, Wisconsin State Public Defenders_

   17 S. Fairchild, Madison, WI 53703

2. At arraignment and plea hearing _Diana Van Rybroek and Peter Middleton, Wisconsin State Public De_

   17 S. Fairchild, Madison, WI 53703

3. At trial _Diana Van Rybroek and Peter Middleton, Wisconsin State Public Defenders_

   17 S. Fairchild, Madison, WI 53703

4. At sentencing _Diana Van Rybroek and Peter Middleton, Wisconsin State Public Defenders_

   17 S. Fairchild, Madison, WI 53703

5. On direct appeal _Michael Rosenberg, Community Justice, Inc._

   214 N.Hamilton, #101, Madison, WI 53703

**REPRESENTATION - continued**

6. In any state post-conviction proceeding  Michael Rosenberg, Community Justice, Inc.

   214 N.Hamilton, #101, Madison, WI 53703

7. On appeal from any ruling against you in a state post-conviction proceeding  (PFR)

   Frances Reynolds Colbert, Wisconsin Defense Initiative

   204 W. Main St., #204, Madison, WI 53703

## VII. REQUEST FOR RELIEF

State exactly what you want the court to do for you.

Vacate the conviction and remand for a fair trial

## VIII. DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned, hereby declare under penalty of perjury that the foregoing information is true and correct.

Signed this  Gary Mays  day of  October 23 , 20 23 .

_Gary Mays_
Signature of Petitioner

_____
(Signature of lawyer, if any)

If you are signing the petition and are not the petitioner, state your relationship to the petitioner and explain why the petitioner is not signing this petition.

## IX. CERTIFICATE OF INMATE MAILING - Optional

If you deposit your petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in your prison/institutional/jail mailing system and attach first-class postage pre-paid, and complete and sign this statement, you will establish the filing date as the date of deposit in that mailing system.

I, the undersigned, hereby declare under penalty of perjury that I placed this petition for a writ of habeas corpus under 28 U.S.C. § 2254 in the prison/institutional/jail mailing system with prepaid, first-class postage on October 23 2023.
(month, day, year)

Signed this Gary mays day of October 23, 2023.

Gary mays
Signature of Petitioner